IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEE FLOYD BEBLEY,                                                                                                   PLAINTIFF

v.                                            Civil No. 07-5028

NURSE ANDREA GARRETT,
DR. HUSKINS,                                                                                                         DEFENDANTS

ORDER

      Before the Court is Plaintiff's Motion for Order to Change Address (Doc. 32). Plaintiff's address had already been changed, due to a previous Notice of Change of Address filed by Plaintiff (Doc. 26). Accordingly, Plaintiff's Motion for Change of Address (Doc. 32) **is DENIED as moot**.

      For clarification, the Court notes Plaintiff has recently submitted a subsequent change of address notice (Doc. 35), and Plaintiff's address had been updated to reflect an address of P.O. Box 180, Brickeys, AR 72320-0180. No mail has been returned to the Court.

      IT IS SO ORDERED this 18th day of January 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE